UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                  Case No. 18-43946

ASHLEY ANGEL McCLINTON, *pro se*,                       Chapter 7

    Debtor.                                       Judge Thomas J. Tucker
_____/

**ORDER DENYING DEBTOR'S MOTION FOR RECONSIDERATION**

    This case is before the Court on the Debtor's motion entitled "Motion to Reinstate Case," filed April 13, 2018 (Docket # 21 , the "Motion"), which the Court construes as a motion for reconsideration of, and for relief from, the April 12, 2018 Order dismissing this case (Docket # 19).

    The Court finds that the Motion fails to demonstrate a palpable defect by which the Court and the parties have been misled, and that a different disposition of the case must result from a correction thereof. *See* Local Rule 9024-1(a)(3).

    The Court also finds that the allegations in the Motion do not establish excusable neglect under Fed. R. Civ. P. 60(b)(1), Fed. R. Bankr. P. 9024, or any other valid ground for relief from the order dismissing this case.

    In addition, the Court finds that this case cannot be reinstated in any event, for the following reasons.

    On April 13, 2018, the Debtor filed a "Certificate of Counseling" (Docket # 22), which states that on April 13, 2018, Debtor received "an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111."

    The Debtor is not eligible to be a debtor in this case under 11 U.S.C. § 109(h)(1). That section provides in relevant part, that

> an individual may not be a debtor under this title unless such individual has, during the 180-day period ending on the date of filing the petition by such individual, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing (including a briefing conducted by telephone or on the Internet) that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis.

The Debtor did not receive the required credit counseling briefing *during the 180-day period ending on the date of the filing of the petition*. Rather, the Debtor received the credit counseling briefing 23 days after the petition was filed. Debtor therefore may not be a debtor in this case, and so the case cannot be reinstated.

Finally, the Court notes that the Debtor is not barred from filing a new bankruptcy case.

NOW, THEREFORE,

IT IS ORDERED that the Motion (Docket # 21) is denied.

**Signed on April 16, 2018**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**